# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **LARRY WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 2025-0018 |
| ) | |
| **MR. PEETS DEREK,** ) | |
| **SUPERIOR COURT OF THE VI,** ) | |
| ) | |
| **Defendant.** ) | |

**Appearance:**

**Larry Williams,** *pro se*
Tutwiler, MS 38963

## ORDER

**UPON CONSIDERATION** of Magistrate Judge Emile A. Henderson III's Report and Recommendation ("R&R") (Dkt. No. 9); the entire record herein; and for the reasons stated in the Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Emile A. Henderson III's R&R (Dkt. No. 9) is **ADOPTED** to the extent that it recommends dismissal of Plaintiff Larry Williams' Complaint without prejudice for failure to pay the filing fees or submit an *In Forma Pauperis* application; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**; and it is further

**ORDERED** that the Clerk's Office shall provide a copy of the instant Order and the accompanying Memorandum Opinion to Plaintiff via certified mail, return receipt requested.

**SO ORDERED.**

Date: February 11, 2026             _____/s/_____
                                     WILMA A. LEWIS
                                     Senior District Judge